■ In the Matter of the Estate of JOHN CARDILLA, Deceased. JAMES CARDILLA, Also Known as JAMES CARDELLA, Appellant; CARMELA CARDILLA, Respondent.

We find that the evidence adduced at trial sufficiently supports the Surrogate's determination that the decedent authorized the creation of a Totten Trust in favor of the respondent *(see, Matter of Carroll,* 100 AD2d 337, 338-339; *Rametta v Kazlo,* 68 AD2d 579; *Matter of Van Alstyne,* 207 NY 298, 306). We also find no basis in the record to disturb the Surrogate's finding that the decedent had the mental capacity to create the trust *(see, Matter of Poggemeyer,* 87 AD2d 822). Mollen, P. J., Brown, Niehoff and Kooper, JJ., concur.